UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JOE GARZA,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | Case No. 21-cv-05268-PJH<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a Texas state prisoner proceeding pro se, filed a civil action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the court. The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: August 23, 2021

                                                              /s/ Phyllis J. Hamilton
                                                              PHYLLIS J. HAMILTON
                                                              United States District Judge